No. 1124, Misc.  HALLIDAY *v.* HERITAGE, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.  Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *David Rubin* for respondents.

No. 1136, Misc.  BROTHERS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Boris H. Lakusta* for petitioner.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1150, Misc.  WILLIAMS *v.* SOUTH CAROLINA; and
No. 1151, Misc.  MORRIS *v.* SOUTH CAROLINA.  Supreme Court of South Carolina.  Certiorari denied.  *Lincoln C. Jenkins, Jr.* and *Matthew J. Perry* for petitioner in No. 1150, Misc.  Petitioner *pro se* in No. 1151, Misc.  *Daniel R. McLeod,* Attorney General of South Carolina, and *Joseph C. Coleman* and *Edward B. Latimer,* Assistant Attorneys General, for respondent.  Reported below: 243 S. C. 225, 133 S. E. 2d 744.

No. 1174, Misc.  SMITH *v.* BREAZEALE, PENITENTIARY SUPERINTENDENT.  Supreme Court of Mississippi.  Certiorari denied.  *Melvin L. Wulf* and *R. Jess Brown* for petitioner.  *Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.

No. 1188, Misc.  NELSON ET AL. *v.* NEW HAMPSHIRE.  Supreme Court of New Hampshire.  Certiorari denied.  *Leo Patrick McGowan* and *Richard W. Leonard* for petitioners.  *William Maynard,* Attorney General of New Hampshire, and *Alexander J. Kalinski,* Assistant Attorney General, for respondent.